Name: Martwain Antwon Jackson

Address: Douglas County Jail, 3601 E 25th St.

FILED
DEC 09 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Plaintiff (Full Name): Martwain Antwon Jackson

v.

Defendant(s): Lawrence Police Dept.
Officer Pate ID #2209
Officer B. Fry ID# 0612

CASE NO. 22-3302-JWL-JPO (To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Martwain Antwon Jackson (Plaintiff) is a citizen of Kansas (State) who presently resides at Douglas County Jail 3601 E 25th St. Lawrence Kansas 66046 (Mailing address or place of confinement.)

2) Defendant Officer Pate #2209 (Name of first defendant) is a citizen of Lawrence Kansas (City, State), and is employed as Lawrence Police Department (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Officer was involved in Incident that happened on 4-13-2022 Court. Actual Incident that happened was on 1-9-22 At 12:00 AM.

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983         1

3) Defendant **Officer B. Fry #0612** is a citizen of
(Name of second defendant)
**Lawrence Kansas**, and is employed as
(City, state)
**Lawrence Police Department**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Officer was involved in Incident that happened on 1-9-2022 at 12:00 AM.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

"Cruel And Unusual Punishment"
Mistreatment Of A Confined Individual

B. NATURE OF THE CASE

1) Briefly state the background of your case:

These said Officers attacked me involving said offenses that involve ticket enclosed Officers tackled me to ground, cut off my backpack and put me in A Choke hold while doing so. With Nothing done for their actions that damaged my belongings As well As could of cause physical Injury.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Assaultive Behaviors, Cruel + Unusual Punishments. 8th Amendment 14th Amendment Mistreatment to A Confined individual.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 1-9-22 At 2940 Highland Ct. I was assaulted by 2 Law enforcement officers at 12:00 AM. After being followed Harrassed, then assaulted by said 'Officer'.

B) (1) Count II: Mistreatment to A Confined individual.

(2) Supporting Facts: Said plaintiff was not resisting Any order And was nearly choked to unconsciousness due to Officers Failing to provide their right as Law Enforcement Officers

3

C) (1) Count III: **Misconduct Of Law Enforcement Officers-**

(2) Supporting Facts: **Officers when Sworn in are not to violate Code of Ethics, As Policy And procedures were violated to the fullest**

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e) Approximate date of filing lawsuit __12-3-22,__

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_First Ive had time to sit And consider my options After Studying Law Library At Jael While serving Sentence._

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_$25,000.00 For Punitive Damages to belongings that were in backpack after being thrown arround. Damages to property I owned were in backpack. As well as new backpack that was cut off._

_____        _____
Signature of Attorney (if any)                    Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

5

Continued

Plaintiff, Comes before you with A Statement against both said Officers, that Acted under color of Law this day that incident was done.

Plaintiff would Ask for both the Jobs of said Officers be taken indefenetely and they no longer work for the Police Department.

Plaintiff would Solely Ask that the Police Department be held accountable for payment of $25,000.00 Due to negligence And allowing Officers of Law to conduct themselves in such mannerism. This Should not be allowed, And I believe to the best of my knowledge on This 3rd Date of December 2022, to the best of my knowledge, This Be truth and want something done imediately. Respectfully Submitted.